IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| V. | ) Criminal No. 92-213-CR-15-3 |
| ANGEL MANUEL SANTANA, | ) 8:92cr213T2TFGW |
| Defendant. | ) |

## MOTION FOR APPOINTED OF COUNSEL FOR MOTION TO COMPEL THE UNITED STATES TO FILE A RULE 35(b)(2)(B) MOTION TO REDUCE SENTENCE

COMES NOW Angel Santana, the defendant, pro se, and respectfully moves this Honorable Court for appointment of counsel pursuant to 18 U.S.C. §3006A, to represent Defendant in the Rule 35(b)(2)(B) proceedings.

Defendant filed a detailed Rule 35(b)(2)(B) motion and urged this Court to compel the United States to file a Rule 35 to reduce the defendant's sentence due to his substantial assistance. The Defendant has a limited command of the English language and requires an attorney to be able to speak on his behalf in the proper legal language. Also, this matter is a complex legal defense and Defendant is in need of an attorney so that he may provide adequate defense of his case. Because of these facts, this Court should appoint counsel to represent the Defendant.

WHEREFORE, based on the above, Angel Santana urges this Court to grant this motion and appoint counsel.

Respectfully submitted on this 21st day of September, 2015.

_Angel M Santana_
PRO SE REPRESENTATION